| | | | |
|---|---|---|---|
| Com. v. Kovaleski .. | 11/10/2015406 MAL (2015) | Denied | Pa.Super., 121 A.3d 1146 |
| Com. v. Lawrence .. | 11/10/2015396 EAL (2015) | Denied | Pa.Super., 122 A.3d 455 |
| Com. v. Lehew ..... | 09/29/2015141 WAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| Com. v. Leon....... | 09/29/2015132 EAL (2015) | Denied | Pa.Super., 116 A.3d 703 |
| Com. v. Love ....... | 10/07/2015307 MAL (2015) | Denied | Pa.Super., 120 A.3d 1062 |
| Com. v. Lynch ..... | 09/30/2015452 MAL (2015) | Denied | Pa.Super., 120 A.3d 383 |
| Com. v. Martin ..... | 11/03/2015336, 337 WAL (2015) | Denied | Pa.Super., 122 A.3d 1150 |
| Com. v. McBride ... | 09/29/2015228 EAL (2015) | Denied | Pa.Super., 120 A.3d 1065 |
| Com. v. McLaine ... | 09/30/2015324 MAL (2015) | Denied | Pa.Super., 120 A.3d 1063 |
| Com. v. Miles ...... | 10/14/2015365 EAL (2015) | Denied | Pa.Super., 121 A.3d 1135 |
| Com. v. Miller...... | 10/14/2015199 WAL (2015) | Denied | Pa.Super., 122 A.3d 440 |
| Com. v. Mills ....... | 11/10/2015382 EAL (2015) | Denied | Pa.Super., 122 A.3d 458 |
| Com. v. Montanez .. | 09/28/2015129 EAL (2015) | Denied | Pa.Super., 120 A.3d 372 |
| Com. v. Normand .. | 11/04/2015471 MAL (2015) | Denied | Pa.Super., 122 A.3d 452 |
| Com. v. Ortiz-Diaz.. | 09/28/2015187 MAL (2015) | Denied | Pa.Super., 120 A.3d 381 |